**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WASHINGTON UNIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM J. CATALONA, M.D., ET. AL., ) <br> ) <br> Defendants. ) | Case No. 4:03CV1065SNL |

## ORDER

This matter is before the Court on Defendants/Patients' motion to set aside Order of July 5, 2005 and to strike plaintiff's motion to file post-hearing reply and attached reply brief and for sanctions (#146), filed July 6, 2005. Responsive pleadings have been filed.

After careful consideration of the matter, the Court will deny the instant motion and stand by its July 5th order allowing the filing of the plaintiff's post-hearing reply brief.

As a final note, the Court advises all parties and their respective counsel that no further supplemental briefing of matters addressed at the Court's April 11-13, 2005 hearing will be considered. The Court believes it has been fully briefed, through pleadings and testimony at the hearing, on all the issues relevant to the pending summary judgment motions and is not in need of any further briefing regarding the issues raised, including but not limited to, additional citations to court opinions.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants/Patients' motion to set aside (#146) be and is **DENIED.**

Dated this 15th day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE